**ROBERT DAVID GOODSTEIN**
ATTORNEY AT LAW
56 HARRISON STREET
SUITE 401
NEW ROCHELLE, NEW YORK 10801
PHONE: (914) 632-8382
FAX: (914) 632-1833

ROBERT DAVID GOODSTEIN

PAULA JOHNSON KELLY

EILEEN WEST
OF COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MEMO ENDORSED**

April 15, 2008

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10801-4150

                              Re: Sydnor v. Avet Coach Corp. and Harvey Goldberg
                              Docket No: 08 Civ. 2417 (KMK)

Dear Judge Karas:

      This firm represents plaintiff in the above referenced action.

      Counsel respectfully writes to inform the Court that this Firm seeks to withdraw as plaintiff's counsel. On behalf of plaintiff, we timely commenced this action to reserve her rights under Title VII. However, this Firm now makes this request to withdraw based upon our irreconcilable differences with our client, who has failed to communicate or cooperate with our Firm, which has made it difficult to protect plaintiff's interests. We have previously notified our client in writing of our intent to move to withdraw, however, she has failed to respond.

      No party will be prejudiced by the grant of this request as this action was just recently commenced and defendants have not yet answered. In fact, defendant Avet filed for bankruptcy and the matter must be stayed as to that defendant. Defendant Goldberg has yet to retain counsel and has requested a thirty-day extension, until May 14, 2008, in which to answer or move on the complaint.

      Accordingly, we request that: (1) this Firm be allowed to withdraw as counsel for plaintiff, (2) as to defendant Goldberg - this matter be stayed pending a determination of this request, and plaintiff be afforded a reasonable time to retain replacement counsel; and (3) as to defendant Avet- this matter be stayed, pursuant to Section 362(a)(1) of the Bankruptcy Code, until that filing be resolved.

                                                Respectfully yours,

                                                Paula Johnson Kelly, (PJK 8889)

cc: Shannen Sydnor

Kim R. Lynch, Esq. (*Attorney for defendant Avet*)
FORMAN HOLT ELIADES & RAVIN, LLC.
80 Route 4 East, Suite 290
Paramas, New Jersey 07652
(201) 845-1000
klynch@formanlaw.com

Richard L. Steer, Esq. (*Attorney for defendant Goldberg*)
TARTER KRINSKY & DROGAN, LLP
1350 Broadway
New York, New York 10018
(212) 216-8000
Mail@Tarterkrinsky.com

Plaintiff's Counsel are directed to serve a copy of this letter on Plaintiff by April 30, 2008. Plaintiffs will be given until May 21, 2008 to respond. The Court will hold a conference on (11:00 AM) June 3, 2008 to address counsel's request to withdraw and the other requests made herein. All counsel are to attend this conference, as is Plaintiff.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/21/08