AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

SHANNEN SYDNOR,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

AVET COACH CORP. and HARVEY GOLDBERG

**08 CIV. 2417**

**JUDGE KARAS**

TO: (Name and address of defendant)

AVET Coach Corp. and Harvey Goldberg
53 Buena Vista Avenue
Yonkers, New York

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Johnson Kelly, Esq.
Law Firm of Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

3/10/2008
DATE

(BY) DEPUTY CLERK

```
-----------------------------------------------------------X
SHANNEN SYDNOR,                                              Index No: 08 Civ 2417
                 Plaintiff,

        - against -                                          AFFIDAVIT OF SERVICE


AVET COACH CORP and HARVEY GOLDBERG

                            Defendant,
-----------------------------------------------------------X
```

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

ERNESTO FUSTER, being duly sworn, deposes and says; that deponent is not a party to the action; is over the age of 18 years of age and resides in Bronx, New York.

That on April 17, 2008, at approximately 4:00 P.M. At 1369 BLONDELL Ave., Bronx, New York, deponent served within the Summons and Complaint on Defendant HARVEY GOLDBERG, by personal delivery to him at defendant's usual place of work within the state

Deponent describes the individual describes

| | | | | | |
|---|---|---|---|---|---|
| X Male | X White Skin | X Black Hair | 14-20 yrs. | Under 5' | Under 100 |
| Female | Black Skin | Brown Hair | 21-35 yrs. | 5'0"-5'3" | 100-130 lbs. |
| | Yellow Skin | Blond Hair | 36-50 yrs. | 5'4"-5'8" | 131-160 lbs |
| Glasses | Brown | Gray Hair | X 51-65 yrs. | X 5'9"-6' | X 161-200 lbs. |
| | Red Skin | Red Hair | Over 65 yrs. | Over 6' | Over 200 lbs. |

I asked the person spoken to whether defendant was in the active military service of the United State or of the State of New York in any capacity whatever and received a negative reply. Upon information and belief, I aver that defendant is not in the military service of New York or of the United States as that term is defined in either the State or in Federal Statutes.

ERNESTO FUSTER
1223579

Sworn to before me this
18 day of April, 2008

SOLEDAD RUBERT
Commissioner of Deeds City of N.Y.
No. 02RU4863490
Qualified in Bronx County
Commission Expires 6/2/2010