**ROBERT DAVID GOODSTEIN**

ATTORNEY AT LAW

56 HARRISON STREET

SUITE 401

NEW ROCHELLE, NEW YORK 10801

PHONE: (914) 632-8382

FAX: (914) 632-1833

ROBERT DAVID GOODSTEIN

PAULA JOHNSON KELLY

EILEEN WEST
OF COUNSEL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

June 2, 2008

**MEMO ENDORSED**

By Facsimile to (914) 390-4152

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10801-4150

        Re: Sydnor v. Avet Coach Corp. and Harvey Goldberg
        Docket No: 08 Civ. 2417 (KMK)

Dear Judge Karas:

This firm represents plaintiff in the above referenced action.

Ms. Sydnor has advised us that she is currently restricted to bed rest, under doctor's orders, based upon complications with her pregnancy. Accordingly, she advises that she is unable to attend a conference as scheduled tomorrow and requests that it be adjourned.

Accordingly, we request that the conference currently scheduled for June 3rd at 11:00 a.m. be adjourned at the Court's convenience, to the week of June 23-27, 2008.

Respectfully yours,

Paula Johnson Kelly, (PJK 8889)

cc:    Kim R. Lynch, Esq. (*Attorney for defendant Avet*)
        FORMAN HOLT ELIADES & RAVIN, LLC.
        klynch@formanlaw.com

        Richard L. Steer, Esq. (*Attorney for defendant Goldberg*)
        TARTER KRINSKY & DROGAN, LLP
        (212) 216-8000
        Mail@Tarterkrinsky.com

*[Handwritten endorsement:]* The Conference is adjourned until July 15, 2008, at 3pm.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/3/08

TOTAL P.02