# ROBERT DAVID GOODSTEIN

ATTORNEY AT LAW
56 HARRISON STREET
SUITE 401
NEW ROCHELLE, NEW YORK 10801
PHONE: (914) 632-8382
FAX: (914) 632-1833

ROBERT DAVID GOODSTEIN

PAULA JOHNSON KELLY

EILEEN WEST
OF COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

June 25, 2008

**By Facsimile to (914) 390-4152**

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10801-4150

> Re: Sydnor v. Avet Coach Corp. and Harvey Goldberg
> Docket No: 08 Civ. 2417 (KMK)

Dear Judge Karas:

This firm represents plaintiff in the above referenced action.

This is to inform the Court that, given the automatic stay granted to defendant Avet Coach Corp., pursuant to Section 362(a)(1) of the Bankruptcy Code, Ms. Sydnor will not be pursuing her claims against defendant Avet Coach Corp. brought in the above-referenced action until such time and subject to obtaining any relief from the Bankruptcy Court. Accordingly, we submit that counsel for defendant/debtor Avet need not appear for the conference concerning our request to withdraw currently scheduled for July 15, 2008.

However, Ms. Sydnor does intend to continue her action against defendant Goldberg.

Respectfully yours,

Paula Johnson Kelly, (PJK 8889)

cc:   Hon. Robert D. Drain, U.S.B.J (RDD.Chambers@NYSB.uscourts.gov)

Kim R. Lynch, Esq. (*Attorney for defendant Avet*)
FORMAN HOLT ELIADES & RAVIN, LLC.
klynch@formanlaw.com

Richard L. Steer, Esq. (*Attorney for defendant Goldberg*)
TARTER KRINSKY & DROGAN, LLP
(212) 216-8000
Mail@Tarterkrinsky.com

*[Handwritten notation:]* Counsel for Avet need not appear at the July 15 conference. So Ordered. KMK 6/26/08

TOTAL P.02