```
USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANNEN SYDNOR,

                Plaintiff,

-v-

AVET COACH CORP. and
HARVEY N. GOLDBERG,

                Defendants.

Case No. 08-CV-2417 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    On the basis of proceedings held today before the Court it is

        ORDERED that the Motion to Withdraw as Counsel made by Paula Johnson Kelly, Esq., is GRANTED; and it is further

        ORDERED that Defendant shall answer the Complaint on or before August 15, 2008, with a paper courtesy copy to be served on Ms. Kelly, who has agreed to receive this filing only as a courtesy to Plaintiff; and it is further

        ORDERED that the next conference in this case is scheduled for Friday, Sept. 26, at 12:30 p.m.

SO ORDERED.

Dated:     July 16, 2008
            White Plains, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE